Townsend and Others *v.* Doe, on the Demise of Chapin and Others.—In error.

Thursday,
January 21,
1847.

AFTER the testimony in this case was closed, the defendants moved that every instruction, or modification, or explanation thereof to the jury, should be in writing, and objected

to any instruction, or modification, or explanation thereof being given, unless the same should be written.   *Held*, that the Court, by afterwards giving, at the plaintiff's request, instructions to the jury with verbal explanations and illustrations, committed an error.   Stat. 1839, p. 37.